NANCY HERSH, ESQ., CA State Bar No. 49091
MARK E. BURTON, II, ESQ., CA State Bar No. 178400
CAROLE BOSCH, ESQ., CA State Bar Pending
HERSH & HERSH
A Professional Corporation
2080 Opera Plaza
601 Van Ness Avenue
San Francisco, CA  94102-6388
(415) 441-5544

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation, MDL 1699 | Case No.: M:05-cv-01699-CRB<br><br>RELATED CASE: Nikki Suttle Mason v. Pfizer et al., Case No.: C:05-4535-MMC<br><br>[PROPOSED] ORDER GRANTING MOTION FOR REASSIGNMENT BASED ON RELATEDNESS |

The matter of Plaintiff's Administrative Motion To Consider Whether Cases Should Be Related came before the Court.  The Court having considered the submission before it, hereby finds that *Mason v. Pfizer Inc*, U.S.D.C., Northern District of California, San Francisco Division, Case No.: C:05-453-MMC is related within the meaning of Civil Local Rule 3-12(a) to *In Re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*, U.S.D.C., Northern District of California, San Francisco Division, Case No. M:05-cv-01699-CRB and re-assigned before this Court.

IT IS SO ORDERED.

By_____
Charles
United St

January 17, 2006

*IT IS SO ORDERED. Judge Charles R. Breyer*

ORDER GRANTING MOTION FOR REASSIGNMENT BASED ON RELATEDNESS